# IN THE UNITED STATES DISTRICT COURT
# FOR THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MARIE BRYAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. : 2014-97 |
| GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| Defendant. | ) |
| NAOMI CLARKE THOMAS , | ) |
| Plaintiff, | ) |
| v. | ) Case No. : 2014-98 |
| GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| Defendant. | ) |

## NOTICE OF JOINT PROPOSAL
## FOR CLASS CERTIFICATION SCHEDULE

COME NOW the parties, and pursuant to the Court's order of May 8, 2015 (Doc. 21) submit their proposal for the schedule of Plaintiffs' motion for class certification herein. The parties propose that Plaintiffs' motion for class certification shall be filed on March 1, 2016; that Defendant's response shall be filed April 1, 2016; and Plaintiffs' reply (if any) shall be filed April 15, 2016.

Respectfully submitted,

s/ Richard P. Rouco
Richard P. Rouco

s/Robert M. Weaver
Robert M. Weaver

QUINN, CONNOR, WEAVER,
 DAVIES & ROUCO LLP
Two North Twentieth Street
2 – 20th Street North
Suite 930
Birmingham, Alabama 35203
rweaver@qcwdr.com
rrouco@qcwdr.com

s/ Michael J. Sanford
 Michael J. Sanford

OF COUNSEL:

Sanford Amerling & Associates
2191 Church Street
Christiansted, VI  00820
Telephone:  340/773-3681
 Facsimile:   340/778-8104
msanford@saastx.vi

Attorneys for Plaintiffs

s/Ariel M. Smith
Ariel M. Smith

OFFICE OF THE ATTORNEY
GENERAL
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
GERS Bldg., 2nd Floor
St. Thomas, Virgin Islands,  00802
asmith@doj.vi.gov

Attorney for Defendant