```
           DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN

MARIE BRYAN                          )
                                     )
          Plaintiff,                 )
                                     )
          v.                         )    Civil No. 2014-97
                                     )
GOVERNMENT OF THE VIRGIN             )
ISLANDS,                             )
                                     )
          Defendant.                 )
                                     )
_____)
                                     )
NAOMI CLARKE THOMAS,                 )
                                     )
          Plaintiff,                 )
                                     )
          v.                         )    Civil No. 2014-98
                                     )
GOVERNMENT OF THE VIRGIN             )
ISLANDS,                             )
                                     )
          Defendant.                 )
                                     )
_____)
```

**ATTORNEYS:**

**Richard P. Rouco**
**Robert M. Weaver**
Quinn, Connor, Weaver, Davies & Rouco LLP
Decatur, GA
      *For the plaintiffs*,

**Claude Walker, AG**
**Carol Thomas-Jacobs, AAG**
**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
St. Thomas, U.S.V.I.
      *For the Government of the Virgin Islands.*

**ORDER**

**GÓMEZ, J.**

On December 8, 2016, the parties agreed that this matter should be tried on a stipulated record. Several motions remain pending on the docket, including two motions to strike jury trial demands, two motions for summary judgment, and a motion for extension of time to file an opposition to a motion for summary judgment. In light of the current procedural posture of this matter, it appeared that these motions were moot. On March 27, 2017, the Court held a status conference in this matter. At that conference, the parties agreed that those motions were moot.

The premises considered, it is hereby

**ORDERED** that the motions to strike demand for jury trial docketed in Civil Number 2014-97 at ECF Number 78 and in Civil Number 2014-98 at ECF Number 65 are **MOOT**; it is further

**ORDERED** that the motions for summary judgment docketed in Civil Number 2014-97 at ECF Numbers 79 and 85 are **MOOT**; it is further

**ORDERED** that the motion to continue trial setting in Civil Number 2014-98 at ECF Number 71 is **MOOT**; and it is further

**ORDERED** that the motions for extension of time to file

*Bryan, et al. v. Government of the Virgin Islands*
Civil No. 2014-97; 2014-98
Order
Page 3

opposition docketed in Civil Number 2014-97 at ECF Number 91 and in Civil Number 2014-98 at ECF Number 68 are **MOOT.**

                                                  S_____
                                                    **CURTIS V. GÓMEZ**
                                                      **District Judge**